# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:05cr31-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| COURTNEY OCTAVIOUS HARGRO. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion for Reconsideration and Clarification of the Order Denying Motion to Modify Term of Imprisonment filed pursuant to 18 U.S.C. §3582(c)(2) [Doc. 229].

The Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina contain the following prohibition:

> [T]he Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.

L.Cr.R. 47.1(H). The Defendant is represented by counsel and the Court will not entertain *pro se* filings by him.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion for Reconsideration and Clarification of the Order Denying Motion to Modify Term of Imprisonment filed pursuant to 18 U.S.C. §3582(c)(2) [Doc. 229] is hereby **DENIED**.

Signed: February 17, 2012

Martin Reidinger
United States District Judge